UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH, </br></br> Petitioner, </br></br> v. </br></br> DOUG WADDINGTON, </br></br> Respondent. | CASE NO. C05-434RSL </br></br> ORDER DISMISSING § 2254 </br> PETITION WITHOUT PREJUDICE |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's federal habeas petition is DISMISSED without prejudice for failure to exhaust available state remedies.

(3) The Clerk is directed to send copies of this ORDER to petitioner and to Judge Benton.

DATED this 25th day of July, 2005.

Robert S. Lasnik
United States District Judge

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE